UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JAVIER PENA,

Defendant.
------------------------------------------------------------X

ORDER

26-cr-307-9 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Matt Kluger, Javier Pena's lead counsel, to appoint Deirdre von Dornum as learned capital counsel for Mr. Pena in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Deirdre von Dornum is appointed as learned counsel for Mr. Pena in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge